Jan 31 06 10:42a    Law Office Of Anthony W G         650 367 1700           p.2
Case 4:05-mj-70994-DLJ    Document 5    Filed 01/31/2006    Page 1 of 2
Case 4:05-mj-70994-DLJ    Document 5    Filed 01/31/2006    Page 1 of 2

1  ANTHONY W. GIBBS, ESQ. – SB#047880
2  LAW OFFICES OF ANTHONY W. GIBBS
   655 Middlefield Road
3  Redwood City, CA  94063
   Tel: 650-367-7500
4  Fax: 650-367-1700
5
6  Attorney for Defendant
   PRAKASH DARKE
7
8
9
10              UNITED STATES DISTRICT COURT
11       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH
12
13
   UNITED STATES OF AMERICA,           NO. 4-05-70994
14
              Plaintiff,               STIPULATION AND ORDER
15                                     TO CONTINUE 2/1/06 HEARING
16      vs.
17 PRAKASH DARKE,
18            Defendant.
                                    /
19
20      The parties request that the preliminary hearing in the above matter set for
21 February 1, 2006 at 10:00 a.m. be continued. This request is made because discovery
22 necessary to further prepare and evaluate the case by counsel has not yet been received. *is being assembled but*
23
24 Also, Anthony Gibbs, attorney for defendant, has been called out of town on a
25 personal/family emergency and will not be available on February 1.
26      The parties request that the February 1, 2006 court date be continued to February
27 22, 2006 at 10:00 a.m.. The parties agree to excluding time under the Speedy Trial Act,
28

18 U.S.C. Section 3161(b) from February 1, 2006 to February 22, 2006 in order to provide for effective preparation of the case.

IT IS SO STIPULATED:

_____
LEWIS A. DAVIS
Assistant United States Attorney

_____
ANTHONY W. GIBBS
Attorney for Defendant Prakash Darke

## ORDER

With the agreement of the parties, the Court enters this order setting the next hearing date to February 22, 2006 at 10:00 a.m. and orders excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from February 1, 2006 to February 22, 2006.

IT IS SO ORDERED:

DATED  January 31, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge