ANTHONY W. GIBBS, ESQ. – SB#047880
LAW OFFICES OF ANTHONY W. GIBBS
655 Middlefield Road
Redwood City, CA 94063
Tel: 650-367-7500
Fax: 650-367-1700

Attorney for Defendant
PRAKASH DARKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4-05-70994 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE 3/24/06 HEARING |
| vs. | |
| PRAKASH DARKE, | |
| Defendant. | |

The parties request that the preliminary hearing in the above matter set for March 24, 2006 at 10:00 a.m. be continued. This request is made because discovery necessary to further prepare and evaluate the case by counsel is still being reviewed. Both counsel agree to continue the March 24th hearing date. The AUSA has just prepared a preliminary plea agreement and that is being reviewed. The parties request that the March 24, 2006 court date be continued to April 21, 2006 at 10:00 a.m.. Counsel Gibbs, for defendant, will be out of town on both April 7 and April 14. The parties agree to

excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from March 24, 2006 to April 21, 2006 in order to provide for effective preparation of the case.

IT IS SO STIPULATED:

*[signature]*

LEWIS A. DAVIS
Assistant United States Attorney

*[signature]*

ANTHONY W. GIBBS
Attorney for Defendant Prakash Darke

## ORDER

With the agreement of the parties, the Court enters this order setting the next hearing date to April 21, 2006, at 10:00 a.m. and orders excluding time under the Speedy Trial Act, 18 U.S.C. Section 3161(b) from March 24, 2006 to April 21, 2006.

IT IS SO ORDERED:

DATED 3-23-06

*[signature]*

WAYNE D. BRAZIL
United States Magistrate Judge