**FILED**

JUL 3 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00285-DLJ |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| PRAKASH DARKE, | |
| Defendant. | |

For good cause shown and based on the stipulation of the parties, the sentencing hearing on the above-entitled action, previously calendared for August 4, 2006 shall be conducted on November 3, 2006.

Dated: July 25, 2006                         /s/
                                             LEWIS A. DAVIS
                                             Senior Litigation Counsel

Dated: July 27, 2006                         /s/
                                             ANTHONY W. GIBBS
                                             Counsel for defendant Darke

IT IS SO ORDERED.

Dated: July 31, 2006

                                             D. LOWELL JENSEN
                                             Senior United States District Judge

STIP. AND PROP. ORD.