**FILED**

NOV 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile:  (510) 637-3724
E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRAKASH DARKE,<br><br>　　　　Defendant. | No. CR 06-00285 DLJ<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' APPLICATION TO SEAL ATTACHMENT<br><br>Date:  November 3, 2006<br>Time:  10:00 a.m.<br><br>Before the Honorable D. Lowell Jensen |

Good cause appearing therefore, it is hereby ordered that Attachment to the United States' Application be filed and maintained under seal until further order of the Court.

DATED: November 2, 2006

_____
D. LOWELL JENSEN
United States District Judge

No. CR 06-00285 DLJ
[PROPOSED] ORDER GRANTING UNITED STATES' APPLICATION TO SEAL ATTACHMENT